

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00475-CR

Dominique **GREEN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7880
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was originally due on December 12, 2016. Appellant file a motion for extension of time requesting a 90-day extension of time. Appellant's motion is granted in part to allow a 30-day extension.

Appellant must file the brief on or before January 12, 2017. **<u>FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED</u>**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court